IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
DANIEL DEFENSE, INC.,         *
                              *
          Plaintiff,          *
                              *
     v.                       *        CV 415-135
                              *
REMINGTON ARMS COMPANY, LLC,  *
ET AL.,                       *
                              *
          Defendants.         *
```

## O R D E R

Presently before the Court is the parties' Consent Motion to Dismiss/Drop Parties Without Prejudice. (Doc. 21.) Plaintiff originally filed its complaint on May 13, 2015 and Defendants' answered on June 22, 2015. Consistent with Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff filed an amended complaint on July 7, 2015 stating claims against only Defendant Remington Arms Company, LLC. The parties now move the Court to dismiss Defendants Remington Outdoor Company, Inc. and RA Brands, LLC without prejudice pursuant to Federal Rule of Civil Procedure 21. Upon consideration, the parties' motion (doc. 21) is hereby **GRANTED**. Remington Outdoor Company, Inc. and RA Brands, LLC are hereby **DISMISSED** from this lawsuit **WITHOUT PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of July, 2015.

/s/ J. Randal Hall
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA