UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH   DIVISION

| | |
|---|---|
| DANIEL DEFENSE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-135 |
| REMINGTON ARMS COMPANY, LLC, | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Robert M. Ward of the law firm of Dilworth IP, LLC, The Pinnacle, 3455 Peachtree Road, N.E., Fifth Floor, Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of plaintiff Daniel Defense, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Robert M. Ward, as counsel of record for plaintiff Daniel Defense, Inc., in this case.

**SO ORDERED** this __31st__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA