IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANIEL DEFENSE, INC.,

    Plaintiff,

v.      CV 415-135

REMINGTON ARMS COMPANY, LLC,

    Defendant.

**O R D E R**

On February 19, 2016, the parties filed a stipulation of dismissal. (Doc. 35.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA